UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------x
Victor J. WALLACE,                  :

             Plaintiff,        :        **ORDER**

      -against-               :        **09 Civ. 9920 (PKC) (MHD)**

Correction Officer M. PORTER        :
#4374, and Correction Officer
R. CODY #17808,                     :

             Defendants.       :
------------------------------------x

MICHAEL H. DOLINGER
UNITED STATES MAGISTRATE JUDGE:

     A conference having been held with counsel for the respective parties today, it is hereby **ORDERED** as follows:

     1.  All responses to document requests (including those made orally by plaintiff at the conference) and interrogatories are to be served by **MONDAY, AUGUST 2, 2010**.

     2.  All discovery is to be completed by **THURSDAY, SEPTEMBER 30, 2010**.

     3.  The parties are to submit a joint pre-trial order by **FRIDAY, NOVEMBER 12, 2010**, unless a potentially dispositive motion has been served by that date.

Dated: New York, New York
       July 2, 2010

                              SO ORDERED.

                              _____
                              MICHAEL H. DOLINGER
                              UNITED STATES MAGISTRATE JUDGE


Copies of the foregoing Order have been sent today:

BY FACSIMILE TO:

Lisa Marie Richardson, Esq.
New York City Law Department
Fax: (212) 788-9776

AND BY MAIL TO:

Mr. Victor J. Wallace
250 West 131
Apt. # 11-G
New York, NY 10027

2